FILED

06/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0416

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 21-0416

**JESS ROMO**, et al.,

Plaintiffs/Appellees,

vs.

**USA BIOFUELS, LLC**, Utah Limited
Liability Corporation; **VITALITY
NATURAL HEALTH LLC**;
**EUREKA 93 INC.**; **GREG RANGER**;
**DAVID RENDIMONTI**; **COREY
SHIRLEY**; **OWEN KENNEY**;
**ROBERT LEAKER**; **SEAN POLI**;
**STEPHEN ARCHAMBEAULT**;
**KENT HOGGAN**; **VITALITY CBD
NATURAL HEALTH PRODUCTS,
INC.**; **SURETY LAND
DEVELOPMENT, LLC**, Utah Limited
Liability Corporation; **AND JOHN
DOES 11-15**,

Defendants/Appellants.

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE APPELLEES' ANSWER BRIEF**

Upon motion of Plaintiffs/Appellees through their counsel, Appellants having no objection thereto, and pursuant to Rule 26(2), M.R.App.P.:

IT IS HEREBY ORDERED that Plaintiffs/Appellees are granted an additional 30-day extension, until August 5, 2022, in which to prepare, file, and serve their answer brief.

DATED this ___ day of _____, 2022.

_____
CHIEF JUSTICE

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 13 2022